IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. : 9:26-cr-370 |
| v. | 18 U.S.C. 922(g)(5) |
| | 18 U.S.C. 924(a)(8) |
| **ADINAZIO VINICIUS SOARES** | 18 U.S.C. 922(a)(1)(A) |
| **DIAS-BARBOSA** | 18 U.S.C. 923(a) |
| | 18 U.S.C. 924(a)(1)(D) |
| a/k/a "Vinny" | |
| a/k/a "Panda" | **INFORMATION** |
| a/k/a "Pedro" | |

## <u>COUNT 1</u>

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 1, 2025, in the District of South Carolina, the Defendant, **ADINAZIO VINICIUS SOARES DIAS-BARBOSA, a/k/a "Vinny", a/k/a "Panda", a/k/a "Pedro,"** knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms in and affecting interstate commerce, to wit, a Windham Weaponry, Inc. Model WW-15 .556 caliber rifle, an American Tactical Outfitter Model ATAC-15 .556 caliber rifle, a Bushmaster Firearms Model XM15 .556 caliber rifle, an Elite Firearms, LLC Model EF-15 .556 caliber rifle, an Anderson Manufacturing Model AM-15 .556 caliber rifle, a Palmetto State Armory Model PA-15 .556 caliber rifle, a Palmetto State Armory Model PSAK47 .762 caliber rifle, a Century Arms International Model AK-63DS .762 caliber rifle and a privately manufactured .556 caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

1

## COUNT 2

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That from on or about June 20, 2025 through July 1, 2025, in the District of South Carolina and elsewhere, the Defendant, **ADINAZIO VINICIUS SOARES DIAS-BARBOSA, a/k/a "Vinny", a/k/a "Panda", a/k/a "Pedro**," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## FORFEITURE

FIREARMS OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Sections 922 as charged in this Indictment, the Defendant, **ADINAZIO VINICIUS SOARES DIAS-BARBOSA, a/k/a "Vinny", a/k/a "Panda", a/k/a "Pedro,"** shall forfeit to the United States all of the Defendant's rights, title, and interest in and to:

(a)     any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1)     involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

    Firearms:

    (1) Windham Weaponry, Inc. Model WW-15 .556 caliber rifle

    (2) American Tactical Outfitter Model ATAC-15 .556 caliber rifle

    (3) Bushmaster Firearms Model XM15 .556 caliber rifle

    (4) Elite Firearms, LLC Model EF-15 .556 caliber rifle

    (5) Anderson Manufacturing Model AM-15 .556 caliber rifle

(6) Palmetto State Armory Model PA-15 .556 caliber rifle

(7) Palmetto State Armory Model PSAK47 .762 caliber rifle

(8) Century Arms International Model AK-63DS .762 caliber rifle

(9) Privately manufactured .556 caliber rifle

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

States Code, Section 2461(c).


BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____

    Nick Bianchi (Fed. ID # 10245)
    Assistant United States Attorney
    151 Meeting Street, Suite 200
    Charleston, South Carolina 29402
    Tel.: (843) 727-4381
    Fax: (843) 727-4443
    Email: nick.bianchi@usdoj.gov